# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIEWSONIC CORPORATION, | NO. CV 09-04093 SJO (JCx) |
| Plaintiff, | **PRELIMINARY INJUNCTION** |
| v. | |
| ELECTROGRAPH SYSTEMS, INC., et al., | |
| Defendant. | |

Having reviewed the papers, declarations, and evidence submitted by Plaintiff ViewSonic Corporation ("Plaintiff"), and good cause appearing therefor, THE COURT HEREBY ORDERS:

Defendant Electrograph Systems, Inc. ("Electrograph"), its officers, agents, servants, employees and attorneys and all those in active concert or participation with them, ARE HEREBY ENJOINED:

(1) From selling, transferring, distributing, concealing, or otherwise disposing of any ViewSonic branded product located within the Central District of California in their possession, custody or control, and,

(2) From moving, transferring, disposing, concealing or otherwise dissipating the

1                 proceeds of any sale of ViewSonic branded product within the last 30 days, which

2                 are located within the Central District of California.

3     (3)    Electrograph shall file with the Court and serve on counsel for Plaintiff, a complete

4                 inventory of all ViewSonic product in defendant's possession, custody or control

5                 (a) as of the date of this Order, and (b) at the close of business on May 28, 2009,

6                 **on or before June 26, 2009.**

7     (4)    Plaintiff ViewSonic Corporation shall post security in the sum of **$20,000** within 7

8                 days of the date of this Order, i.e., **on or before June 29, 2009.**

10     IT IS SO ORDERED.

12 Dated: June 22, 2009

                                            S. JAMES OTERO
                                UNITED STATES DISTRICT JUDGE