# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| VIEWSONIC CORPORATION, | ) | NO. CV 09-04093 SJO (JCx) |
| | ) | |
| Plaintiff, | ) | **JUDGMENT IN FAVOR OF PLAINTIFF** |
| | ) | |
| v. | ) | |
| | ) | |
| ELECTROGRAPH SYSTEMS, INC., and DOES 1-10, | ) | |
| | ) | |
| Defendant. | ) | |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

This matter came before the Court on Plaintiff Viewsonic Corporation's ("Plaintiff") Motion for Partial Summary Judgment as to Breach of Contract ("Motion"), which was filed on December 6, 2010. On February 11, 2011, Plaintiff dismissed all remaining claims.

Having reviewed and considered the pleadings and evidence submitted in support of and in opposition to the Motion, the Court finds that the pleadings, discovery, and disclosure materials on file, including the declarations submitted by the parties show that there is no genuine issue as to any material fact and that Plaintiff is entitled to judgment as a matter of law. The Court grants Plaintiff's Motion for Partial Summary Judgment against Defendant Electrograph Systems, Inc. ("Defendant").

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that summary judgment shall be, and hereby is, entered in favor of Plaintiff Viewsonic Corporation as to the breach of contract claim. Plaintiff is entitled to damages in the amount of $739,232.09. Plaintiff is also entitled to recover interest on the damages at the rate of seven percent. Moreover, as the prevailing party on its breach of contract claim, Plaintiff may recover attorney fees and court costs relating to Plaintiff's Claim One pursuant to the Agreement between the parties.

IT IS SO ADJUDGED.

Dated this 18th day of February, 2011.

*S. James Otero*

_____
S. JAMES OTERO
UNITED STATES DISTRICT JUDGE